1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No. 08MJ2418
   |                                  )
11 |         Plaintiff,               )
   |                                  )
12 | v.                               ) **NOTICE OF APPEARANCE**
   |                                  )
13 | HUMBERTO OLIVERA-GIJON,          )
   |                                  )
14 |         Defendant.               )
   |                                  )
15 | _____  )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                Respectfully submitted,

20

21 Dated: August 12, 2008           /s/ *Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
22                                  Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: August 12, 2008              */s/ Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
                                    Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org